UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

---------------------------------------------------------------x

CHRISTOPHER E. BROWN,
an individual,

    Plaintiff,

v.                                        Civ. No.: 2:17-cv-00503-CCC-SCM

HUDSON ASSOCIATES LIMITED PARTNERSHIP,
a New Jersey Limited Partnership,

    Defendant.

---------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Christopher E. Brown, by and through his counsel(s), hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant, Hudson Associates Limited Partnership.

Dated: June 15, 2017

                                          Respectfully submitted,

                                          By: */s/ Elizabeth T. Foster*
                                          Elizabeth T. Foster, Esq.
                                          ATTORNEY AT LAW, LLC
                                          *Of Counsel*
                                          22 E. Quackenbush Ave.
                                          Dumont, NJ 07628
                                          201 290 5761
                                          201 215 9574 (fax)
                                          Liztlaw@gmail.com

                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a true and correct copy has been furnished via U.S. Mail as follows:

Cori A. Rosen, Esq.
ROSENBERG&ESTIS,P.C.
733 Third Avenue
New York, New York 10017
crosen@rosenbergestis.com

                        By: */s/ Elizabeth T. Foster*
                              Elizabeth T. Foster, Esq.