UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

----------------------------------------------------------------x

CHRISTOPHER E. BROWN,
an individual,

      Plaintiff,

v.                                          Civ. No.: 2:17-cv-00503-CCC-SCM

HUDSON ASSOCIATES LIMITED PARTNERSHIP,
a New Jersey Limited Partnership,

      Defendant.

----------------------------------------------------------------x

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Christopher E. Brown, by and through his counsel(s), hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice against the defendant, Hudson Associates Limited Partnership.

Dated: June 15, 2017

                                   Respectfully submitted,

                                   By: */s/ Elizabeth T. Foster*

SO ORDERED                          Elizabeth T. Foster, Esq.
                                   ATTORNEY AT LAW, LLC
   *s/Claire C. Cecchi*               *Of Counsel*
Claire C. Cecchi, U.S.D.J.          22 E. Quackenbush Ave.
                                   Dumont, NJ 07628
Date:  6/16/17                   201 290 5761
                                   201 215 9574 (fax)
                                   Liztlaw@gmail.com

                                   *Attorney for Plaintiff*

1